JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 305 -- IN RE WESTINGHOUSE ELECTRIC CORP. EMPLOYMENT PRACTICES LITIGATION

| Date | No. Code | |
|---|---|---|
| 4/20/77 | 1. | MOTION w/SUPPORTING BREIF -- Pltfs. Roland Webb, et al. -- Schedul of Involved Actions and service list for Judges, Clerks of E.D. Pa. and M.D. N.C., and involved counsel |
| | | REQUESTED TRANSFERREE FORUM: E.D. Pennsylvania |
| 5/1/77 | | APPEARANCES -- PHILIP STEPHEN FUOCO, ESQ. for ROLAND WEBB, ET AL. |
| | | RALPH DAVID SAMUEL, ESQ. for ROBERT RIVERS and RONALD BACON |
| | | E. YVONNE GREAR for ROSA BRADFORD |
| | | XXXX LAWRENCE J. KAMENETZKY for EEOC |
| | | FOBERT M. LANDIS FOR WESTINGHOUSE, KIRBY, CATTABIANI WILSON AND RETTERER |
| | | XX STEPHENS, PEED & WALKER for Beverly P. Warren, et al. |
| 5/3/77 | 2. | ANSWER AND MEMORANDUM IN OPPOSITION TO THE MOTION OF ROLAND WEBB, ET AL. -- Westinghouse Electric Corp., et al., w/cert. of service. |
| 5/4/77 | | APPEARANCE -- ALBERT C. SHAPIRA, ESQ. for WSEA |
| 5/4/77 | 3. | RESPONSE TO THE MOTION TO TRANSFER -- Equal Employment Opportunity Commission w/cert. of service and MEMORANDUM IN SUPPORT. |
| 5/5/77 | 4 | RESPONSE -- Robert Rivers and Ronald Bacon w/cert. of service. |
| 5/5/77 | 5. | RESPONSE -- Plaintiffs Beverly P. Warren, et al. w/cert. of service. |
| 5/6/77 | 6. | RESPONSE -- Rosa Bradford w/cert. of service |
| 5/12/77 | 7 | RESPONSE -- PLAINTIFFS REPLY (XXXX -- WEBB, ET AL. w/cert. of service |
| 5/16/77 | 8 | Answer in opposition to the motion to transfer -- United Electrical, Radio and Machine workers of America (UE) w/cert. of service. |
| 5/18/77 | | APPEARANCE -- James G. Mauro for UERMWA, Local 107 |
| 6/1/77 | | HEARING ORDER -- Setting A-1 through A-6 for hearing -- June 24, 1977, Washington, D.C. |
| 6/10/77 | | REQUEST TO FILE -- GOVERNMENT DEFENDANTS WEBB ACTION -- GRANTED |
| 6/10/77 | 9 | RESPONSE -- GOVERNMENT DEFENDANTS WEBB ACTION w/cert. of service |
| 6/10/77 | | APPEARANCE -- Robert Forster, Esq. for Federal Defendants |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- Rosa Bradford |
| 6/21/77 | | WAIVER OF ORAL ARGUMENT -- EEOC |
| 10/12/77 | | OPINION AND ORDER -- denying transfer of litigation - filed today. Notified involved counsel, clerks and judges. |

DOCKET NO. 305 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE WESTINGHOUSE ELECTRIC CORPORATION EMPLOYMENT PRACTICES LITIGATION

Summary of Panel Actions

Date(s) of Hearing(s)

Consolidation Ordered Consolidation Denied Q X O 10/12/77

Opinion and/or Order

Citation

Transferee District Transferee Judge

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Roland C. Webb, et al. v. Westinghouse Electric Corp., et al. | E.D.Pa Huyett | 76-172 | | | 10/12/77 | |
| A-2 | Robert Rivers v.Westinghouse Electric Corporation | E.D.Pa. Huyett | 76-3193 | | | 10/12/77 | |
| A-3 | Ronald Bacon v. Westinghouse Electric Corporation | E.D. Pa. Weiner | 77-276 | | | 10/12/77 | |
| A-4 | Rosa Bradford v. Westinghouse Electric Corporation | E.D. Pa. Newcomer | 77-655 | | | 10/12/77 | |
| A-5 | Equal Employment Opportunity Commission v. WEstinghouse Electric Corporation | M.D.N.C. Ward | C77-174 WS ~~C75-306~~ | | | 10/12/77 | |
| A-6 | Beverly P. Warren, et al. v. Westinghouse Electric Corp. | M.D.N.C. Ward | C77-57WS | | | 10/12/77 | |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 305 -- IN RE WESTINGHOUSE ELECTRIC CORP. EMPLOYMENT PRACTICES LITIGATION

ROLAND WEBB, ET AL. (A-1)
Philip Stephen Fuoco, Esquire
17 St. Asaphs Road
Bala Cynwyd, Pennsylvania 19004

ROBERT RIVERS (A-2)
RONALD BACON (A-3)
Ralph David Samuel, Esquire
4013 Chestnut Street
Philadelphia, Pa. 19104

ROSA BRADFORD (A-4)
E. Yvonne Grear, Esquire
919 Walnut Street - 800
Philadelphia, Pennsylvania

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION (A-5)
Lawrence J. Kamenetzky, Esquire
Atlanta Regional Office of General Counsel
Equal Employment Opportunity Commission
1389 Peachtree St., N.E
Atlanta, Georgia 30309

WESTINGHOUSE ELECTRIC CORPORATION
R. L. KIRBY
E. J. CATTABIANI
WILLIAM WILSON
I. A. RETTERER
Robert M. Landis, Esquire
3400 Centre Square West
1500 Market Street
Philadelphia, Pennsylvania 19102

BEVERLY P. WARREN, ET AL. (A-6)
Stephens, Peed & Walker
Suite 315 NCNB Plaza
Winston-Salem, N.C. 27101

WESTINGHOUSE SALARY EMPLOYEES ASSOCIATION (WSEA)
Albert C. Shapira, Esquire
304 Carlton House
Pittsburgh, PA 15219

FEDERAL DEFENDANTS (WEBB Action)
Robert Forster, Esquire
Assistant U. S. Attorney
601 Market Street
Philadelphia, Pennsylvania 19106

UNITED ELECTRICAL, RADIO AND MACHINE WORKERS OF AMERICA (UE), LOCAL 107
James G. Mauro, Jr., Esquire
United Electrical, Radio and Machine Workers of America
Eleven East Fifty-First St.
New York, New York 10022

JPML FORM 3

p. ______

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 305 -- IN RE WESTINGHOUSE ELECTRIC CORP. EMPLOYMENT PRACTICES LIT.

| Name of Party | Named as Party in Following Actions |
|---|---|
| WESTINGHOUSE ELECTRIC CORP. ✓ | A-1 A-2 A-3 A-5 A-6 |
| R. E. KIRBY | A-1 |
| E. J. CATTABIANI | A-1 |
| WILLIAM WILSON | A-1 |
| I. A. RETTERER | A-1 |
| LOCAL 107, UNITED ELECTRICAL RADIO AND MACHINE WORKERS OF AMERICA ✓ | A-1 |
| WESTINGHOUSE SALARY EMPLOYEES ASSN. (WSEA) ✓ | A-1 |
| JOHN T. DUNLOP ✓ | A-1 |
| PHILIP J. DAVIS ✓ | A-1 |
| WESTINGHOUSE ELECTRIC CORP. NUCLEAR TURBINE PLANT CHARLOTTE, N.C. | A-5 |
| | |